**Paul STEFANYSHYN, Appellant,**

v.

**SHAFER CONTRACTING CO., INC., Appellee.**

No. 05–3197.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 3, 2006.

Filed: Aug. 9, 2006.

Paul Stefanyshyn, St. Paul, MN, Pro se.

Timothy J. Ewald, Dominic Joseph Cecere, Leonard & Street, Minneapolis, MN, for Appellee.

Before MURPHY, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

Paul Stefanyshyn appeals the district court's [1] dismissal of his complaint under the Age Discrimination in Employment Act and the Missouri Human Rights Act. Following de novo review, *see Meyer v. City of Joplin,* 281 F.3d 759, 760 (8th Cir.2002) (per curiam) (standard of review), we agree with the district court that Stefanyshyn failed to state a claim under either statute, *see* 29 U.S.C. § 623(a)-(c) (defining types of prohibited age discrimination); Minn.Stat. § 363A.08(2) (2004) (defining types of prohibited discrimination).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

[1]. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota, now retired.